1   **DOLL AMIR & ELEY LLP**
    GREGORY L. DOLL (SBN 193205)
2   gdoll@dollamir.com
    1888 Century Park East, Suite 1850
3   Los Angeles, California 90067
    Tel: 310.557.9100
4   Fax: 310.557.9101

5   Attorneys for Defendants,
    SUPERBALIFE INTERNATIONAL, LLC
6   FRED BUCKLEY, and CORRINE BUCKLEY

7

8

9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

13  HI-TECH PHARMACEUTICALS, INC.      Case No. **CV 13 - 01816 - DDP**

14              Plaintiff,              **CIVIL ACTION FILE NO:**
                                        **1:12-CV-03130-CAP**
                v.                      **Northern District of Georgia**
15
    SUPERBALIFE INTERNATIONAL,          **PETITION OF SUPERBALIFE**
16  LLC, a Delaware limited liability   **INTERNATIONAL, LLC TO**
    company; FRED BUCKLEY, an           **QUASH SUBPOENA FOR**
17  individual; CORRINE A. BUCKLEY,     **PRODUCTION OF DOCUMENTS,**
    an individual,                      **OR, IN THE ALTERNATIVE, FOR**
18                                      **A PROTECTIVE ORDER**
                Defendants.
19                                      [*Ex Parte Application and Notice of
                                        Interested Parties filed concurrently
20                                      herewith; [Proposed] Orders lodged
                                        concurrently herewith*]
21
                                        Hearing Date: _____, 2013
22
                                        Hearing Time: _____ a.m. / p.m.
23
                                        Hearing Location:_____
24
25
26
27
28

                                    1
PETITION TO QUASH OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER

**INTRODUCTION**

1   This action involves a simple dispute about an allegedly unpaid open account
2   from years ago.  Plaintiff Hi-Tech Pharmaceuticals, Inc., a company in the dietary
3   supplements industry, alleges that Defendant Superbalife International, LLC
4   ("Superbalife"), another company in the dietary supplements industry, is liable for
5   damages arising from a business relationship between the parties whereby Defendant
6   purchased dietary supplements from Plaintiff on an open account basis, and that
7   Defendant failed to pay invoices for dietary supplements totaling $539,337.40.

8   While the action itself is simple, Plaintiff's background is not.  Hi-Tech and
9   Superbalife are fierce competitors in the same business who have been in litigation in
10  the past.  Through this subpoena, Hi-Tech is transparently seeking to obtain trade
11  secrets from Superbalife that have taken years to cultivate at great expense.  This
12  conduct is consistent with the previous behavior of the principal of Hi-Tech
13  Pharmaceuticals, Jared Wheat.  Wheat is a convicted felon who is being pursued by
14  the FTC for failure to comply with Court Orders relating to Hi-Tech's conduct
15  relating to dietary supplements (including a request for incarceration).  See Exhibit C
16  attached hereto; *see also* Case No. 1:04-cv-03294-CAP (N.D. Ga.) & Case No. 1:06-
17  cr-00382-WSD-LTW (N.D. Ga.).  This Court should not further Hi-Tech and Wheat's
18  criminal conduct by permitting this subpoena to stand.[1]

**ARGUMENT**

19  On February 14, 2013, Plaintiff caused a subpoena to be issued in the Central
20  District of California ("Subpoena") to Pacific Mercantile Bank ("PMB"),

---

[1] This subpoena also came at the worst possible time for Superbalife.  Superbalife's CEO, Fred Buckley, suffered the death of a very close friend around the time that the subpoena was served.  *See* Exhibit D.  Requests for extensions in connection with this tragedy were rejected by Plaintiff.  Then, on February 24, 2013, Superbalife's CFO, Bruce Ogintz (who was going to be Superbalife's 30(b)(6) witness), tragically passed away as well.  *See* Exhibit E.  Again, Plaintiff refused to grant any extension.  These background facts further demonstrate that this subpoena is really an attempt by Plaintiff to obtain Superbalife's business contacts and extract a competitive advantage.

*(left margin, vertical text)* DOLL AMIR & ELEY LLP

PETITION TO QUASH OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER

1  Superbalife's bank.   The Subpoena seeks the following broad range of bank records:

2   *All* documents and records, including but not limited to periodic account
3   statements and photocopies of checks, for *all accounts* opened or
    maintained by Superbalife including, but not limited to Account Number
4   12232869, that reflect or relate to *any debit or withdrawal* in excess of
5   $5,000.00 from January 1, 2006 through December 31, 2009.

6  *See* Exhibit A (emphasis added).

7      Given that Plaintiff's request is clearly overbroad relative to the narrow scope

8  of Plaintiff's claims, on March 3, 2013, the undersigned counsel for Superbalife

9  attempted to meet and confer with Plaintiff's counsel regarding the proper scope of the

10  Subpoena.  Nevertheless, Plaintiff refused to limit the scope of the subpoena.  On

11  March 7, 2013, Superbalife moved to quash the Subpoena in the above referenced

12  action in the Northern District of Georgia, but on March 12, 2013, the motion was

13  dismissed on the grounds that the motion to quash must be addressed in this district.

14  As a result, Superbalife hereby petitions the Court for the following relief:

15      **Superbalife Petitions This Court To Quash The Subpoena**

16      1.     Pursuant to Fed. R. Civ. P. 26(c)(1)(B) and 45(c)(3), Petitioner

17  Superbalife International, LLC petitions to quash, in its entirety, the subpoena for

18  production of documents ("Subpoena") served on non-party Pacific Mercantile Bank

19  ("PMB") in the Central District of California by Plaintiff Hi-Tech Pharmaceuticals,

20  Inc. in the above titled action.  A true and correct copy of the Subpoena is attached as

21  Exhibit A.

22      2.     Plaintiff's subpoena to Pacific Mercantile Bank should be quashed

23  because it is overbroad and seeks documents that are irrelevant to the claims and

24  defenses in this simple open account action.  As evidenced by Plaintiff's own

25  complaint, Plaintiff's claim is simple and straightforward—Defendant allegedly failed

26  to pay invoices for dietary supplements totaling $539,337.40.  A true and correct copy

27  of Plaintiff's complaint is attached as Exhibit B.

28

DOLL AMIR & ELEY LLP

PETITION TO QUASH OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER

1        3.     The bank records sought by the Subpoena are entirely unrelated to

2  Plaintiff's payment claim or any defenses thereto.  The Subpoena seeks the production

3  of records evidencing each and every check issued or withdrawal made in excess of

4  $5,000 by Superbalife during a three-year period regardless of the recipient or subject

5  matter of the check or withdrawal and regardless of whether the checks or

6  withdrawals relate in any way to Plaintiff's invoices.  Broad records reflecting

7  withdrawals and checks paid by Superbalife to third parties during this period are, on

8  their face, irrelevant to Plaintiff's claim for payment of its invoices.  This broad

9  category of bank records will neither prove nor disprove Defendant's alleged liability

10  to Plaintiff on its invoices.

11        4.     At best, all Plaintiff could conceivably hope to discover from its

12  Subpoena is the possible *absence* of any checks from Superbalife to Plaintiff.  To

13  obtain this information, however, Plaintiff need not obtain records of every

14  Superbalife check or withdrawal from 2006 to 2009.  Rather, Plaintiff need only

15  request PMB to produce records of all Superbalife checks to Plaintiff during the

16  relevant time period.  Plaintiff declined to limit the scope of its Subpoena, however,

17  and has not otherwise demonstrated how records showing three years of payments out

18  of Superbalife's accounts are relevant to Plaintiff's open account claims.

19        5.     These documents, however, may contain highly sensitive, private,

20  confidential, competitively secret business information of Superbalife having nothing

21  to do with this case.  The Court should quash the subpoena to prevent Plaintiff from

22  obtaining these documents.

23      **In The Alternative, Superbalife Petitions This Court**

24      **To Limit The Scope Of The Subpoena**

25        6.     In the event Superbalife's request to quash the Subpoena is not granted,

26  Superbalife respectfully requests this Court issue an order limiting the scope of the

27  Subpoena.

28

DOLL AMIR & ELEY LLP

PETITION TO QUASH OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER

1    7.    Plaintiff's Subpoena should be limited because Plaintiff cannot show how

2    three years of Superbalife's bank records are relevant to the claims and defenses in

3    Plaintiff's case.  The only potentially relevant inquiry is whether PMB is in possession

4    of any checks from Superbalife to Plaintiff.  As a result, if the Subpoena is not

5    quashed, its scope must nevertheless be limited, and Plaintiff must only be entitled to

6    checks from Superbalife to Plaintiff.

7    **Superbalife Petitions This Court To Stay PMB's Compliance With The**

8    **Subpoena Pending Resolution Of This Petition**

9    8.    Though PMB has indicated informally to Superbalife that it will not

10   produce documents responsive to the Subpoena on March 14, 2013 in the face of a

11   pending motion to quash, it has given no formal guarantee and Superbalife will be

12   extremely prejudiced if PMB produces overbroad and irrelevant bank records to

13   Plaintiff while this petition is pending.  This is especially so given the potential for

14   revealing highly sensitive, private, confidential, competitively secret business

15   information of Superbalife having nothing to do with this case.  Accordingly,

16   Defendant requests (and has so applied *ex parte* concurrently with this Petition) that

17   this Court issue an order staying PMB's compliance with the Subpoena until the

18   issues raised in this petition have been fully briefed and ruled upon by this Court.

19   9.    In light of the foregoing, Superbalife respectfully requests the Court to

20   quash the Subpoena, or in the alternative, limit the scope of the Subpoena.

21   Superbalife further requests the Court stay any compliance with the Subpoena pending

22   resolution of this petition.

23   Dated: March 13, 2013                    **DOLL AMIR & ELEY**

24                                            By: _____

25                                                Gregory L. Doll

26                                            Attorneys for Defendants

27                                            SUPERBALIFE INTERNATIONAL,
                                              LLC; FRED BUCKLEY; and CORRINE

28                                            BUCKLEY

DOLL AMIR & ELEY LLP

4

EXHIBIT A

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

FEB 1 9 2013

| | |
|---|---|
| Hi-Tech Pharmaceuticals, Inc. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Superbalife International LLC | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.    1:12-cv-003130-CAP

(If the action is pending in another district, state where:

Northern District of Georgia          )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Custodian of Records
     Pacific Mercantile Bank, 949 South Coast Dr., Costa Mesa, CA 92626

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Please see Attachment A hereto

| Place: Ashley D. Posner<br>Posner Law Corporation<br>15303 Ventura Boulevard, Suite 900 | Date and Time:<br><br>03/14/2013 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

CLERK OF COURT

OR

_____        _____
Signature of Clerk or Deputy Clerk                    Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*          Plaintiff
High-Tech Pharmaceuticals, Inc._____, who issues or requests this subpoena, are:
Ashley D. Posner
Posner Law Corporation
15303 Ventura Blvd., Suite 900, Sherman Oaks, CA 91403, Tel: (310) 475-8520, email: ashleyposner@gmail.com

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*

(A) *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

## ATTACHMENT A:  REQUESTS FOR PRODUCTION

## DEFINITIONS

a.     <u>Superbalife</u> – As used herein, "Superbalife" shall refer to Superbalife International LLC, and its respective officers, directors, members, managers, partners, employees, shareholders, affiliated entities, attorneys, agents, representatives, heirs, successors, assigns, and trade names.

b.     <u>Document</u> – As used herein, "document" shall mean any tangible thing upon which information is or has been stored, recorded, or communicated which is in the custody, control, or possession of Pacific Mercantile Bank.

c.     <u>Reflecting, Relating to and/or Referring to</u> – As used herein, the terms "reflecting" "relating to" and/or "referring to", or any variation thereon, shall mean having any relationship or connection to, concerning, being connected to, commenting on, responding to, containing, evidencing, showing, memorializing, describing, analyzing, reflecting, pertaining to, comprising, constituting, or otherwise establishing any reasonable, logical, or causal connection.

d.     <u>You and Your</u> – As used herein, "You" and "Your" shall mean Pacific Mercantile Bank.

## INSTRUCTIONS

1.     This subpoena seeks Documents to the full extent permitted by the California Code of Civil Procedure.

2.   Electronic records and computerized information must be produced in an intelligible format or together with a description of the system from which it was derived sufficient to permit rendering the materials intelligible.

## REQUESTS FOR DOCUMENTS

1.   All documents and records, including but not limited to periodic account statements and photocopies of checks, for all accounts opened or maintained by Superbalife including, but not limited to Account Number 12242869, that reflect or relate to any debit or withdrawal in excess of $5000.00 from January 1, 2006 through December 31, 2009.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

BUSINESS RECORD CERTIFICATION

    I, _____, hereby certify that I
have personal knowledge of the business filing records system
of the business known as _____,
located at the following address:_____
_____.

I have reviewed the attached business records, described
briefly as follows: _____
_____,
and certify that these business records were taken from the
ordinary business records of the entity named herein.   I
certify further that based upon my review of these records:

    (A)   the records were made at or near the time of the
occurrence of the matters set forth by, or from information
transmitted by, a person with knowledge of those matters;

    (B)   the records were kept in the course of the regularly
conducted activity of the above-named business entity; and

    (C)   the records were made by the regularly conducted
activity as a regular practice.

    In accordance with Title 28, United States Code, Section
1746, I declare, certify, verify, and state under the penalty
of perjury that the foregoing is true and correct.

    Executed this ____ day of _____, 20____.

_____    _____
(Signature)                              Date

_____
(Title)

_____
(Telephone Number of Witness)

## CERTIFICATE OF SERVICE

This is to certify that I have this day served opposing counsel with a copy of

the within and foregoing *Third Party Subpoena To Custodian of Records, Pacific*

*Mercantile Bank* by depositing the same in the United States mail, in a properly

addressed envelope, with adequate postage affixed thereon to insure delivery to:

James M. Johnson
Knight Johnson, LLC
1360 Peachtree Street, Suite 1201
Atlanta, GA 30309

Gregory L. Doll
William H. Edmonson
Doll Amir & Eley LLP
1888 Century Park East, Suite 1850
Los Angeles, CA 90067

This 12th day of February, 2013.

/s/ Arthur W. Leach
Georgia Bar No. 442025
5780 Windward Pkwy, Suite 225
Alpharetta, Georgia 30005
Telephone: (404) 786-6443
Email: art@ArthurWLeach.com

# EXHIBIT B

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **HI-TECH PHARMACEUTICALS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SUPERBALIFE INTERNATIONAL, LLC,** | ) | **CIVIL ACTION NO.:** |
| **a Delaware limited liability company; FRED** | ) | |
| **BUCKLEY, an individual; CORRINE A.** | ) | |
| **BUCKLEY, an individual;** | ) | |
| | ) | |
| **Defendants.** | ) | |

## COMPLAINT

COMES NOW, the Plaintiff, Hi-Tech Pharmaceuticals, Inc. ("Hi-Tech"), by and through the undersigned counsel of record, and for its Complaint against the Defendants, states as follows:

## PARTIES

1.     Hi-Tech is a corporation organized and existing under the laws of the State of Georgia, with its principal place of business located at 6015-B Unity Drive, Norcross, Georgia, 30071.  Hi-Tech does substantial business within the State of Georgia and throughout the United States, including manufacturing, sales, distribution, marketing and promotion of dietary supplement products.

1

2.     Upon information and belief, Defendant, Superbalife International, LLC ("Superbalife") is a Delaware limited liability company with its principal place of business located at 1171 S. Robertson, Blvd., Suite 525, Los Angeles, California 90035.  Superbalife is engaged in the business of sales, manufacturing, distribution and marketing of various dietary supplement products. Superbalife may be served with process through its registered agent for service National Registered Agents, Inc., 2875 Michelle Drive, Suite 100, Irvine, California 92606.

3.     Upon information and belief, Defendant, Fred Buckley ("Fred Buckley") is an individual over the age of 19 years who resides at 1315 Angelo Drive, Beverly Hills, California 90035.   Upon information and belief, Fred Buckley is engaged in the business of sales, manufacturing, distribution and marketing of various dietary supplement products both, individually on his own behalf, as well as, through Defendant, Superbalife.  Fred Buckley may be served with process at his residence address of 1315 Angelo Drive, Beverly Hills, California 90035.

4.     Upon information and belief, Defendant, Corinne A. Buckley ("Corinne Buckley") is an individual over the age of 19 years who resides at 1315 Angelo Drive, Beverly Hills, California 90035.  Upon information and belief, Corinne Buckley is married to Defendant, Fred Buckley.  Furthermore, upon information and belief, Corinne Buckley serves as the President and owner of

Superbalife.  Corinne Buckley is engaged in the business of sales, manufacturing, distribution and marketing of various dietary supplement products both, individually on her own behalf, as well as, through Defendant, Superbalife. Corinne Buckley may be served with process at her residence address of 1315 Angelo Drive, Beverly Hills, California 90035.

## JURISDICTION AND VENUE

5.   Jurisdiction is conferred on this Court pursuant to 28 U.S.C. § 1332(a)(1) through diversity of citizenship, as the action is between citizens of different states and the amount in controversy, exclusive of interest and costs, exceeds seventy-five thousand dollars ($75,000.00).

6.   The Court may exercise personal jurisdiction over the Defendants pursuant to O.C.G.A. § 9-10-91 because one or more of the Defendants are doing business in this judicial district and/or have committed the acts complained of herein within this judicial district, among other wrongful and unlawful acts.  This Court therefore has jurisdiction over the Defendants pursuant to the provisions of the Georgia long-arm statute.

7.   Venue is proper under 28 U.S.C. § 1391(b) in that one or more of the Defendants are doing and transacting business within this judicial district, and have committed the acts complained of herein in this judicial district of the State of Georgia.

3

## BACKGROUND FACTS

8.     Hi-Tech produces and distributes dietary supplement products nationwide through various wholesale and retail outlets. In connection with its business, Hi-Tech had a business relationship with the Defendants, Superbalife, Fred Buckley and/or Corinne Buckley, in which Hi-Tech sold its dietary supplement products to them, individually and/or collectively, for the purpose of resale to the consuming public.

9.     In addition, Hi-Tech's President and CEO, Jared Wheat, has had a personal business relationship with Fred and Corinne Buckley in which the Buckley's purchased dietary supplements from Hi-Tech through Mr. Wheat. In this regard, upon information and belief, both Fred Buckley and Corinne Buckley, routinely placed and received orders with Mr. Wheat and others at Hi-Tech for the purchase of such products from Hi-Tech in both their individual capacities, as well as on behalf of Superbalife. Such activity constituted the regular pattern and course of business between Hi-Tech, Mr. Wheat and the Defendants in terms of their business relationship with Fred Buckley, Corinne Buckley and Superbalife.

10.     Upon information and belief, in order to provide certain assurances to Hi-Tech in regard to such business with the Defendants, Corinne Buckley personally guaranteed the debts of the other Defendants.

4

11.    Thereafter, the Defendants, individually and collectively, purchased dietary supplement products from Hi-Tech. Attached hereto as Exhibit A are copies of invoices dated from September 8, 2008 to September 17, 2009 from Hi-Tech for the purchase of such dietary supplement products by the Defendants. These invoices total $539,337.40.

12.    On October 1, 2009, the Defendants attempted to pay Hi-Tech a check in the amount of $64,974.83 for a portion of the unpaid invoices.  However, the bank returned the check unpaid with a notation on the check that payment had been stopped by the Defendants.  A copy of this returned check is attached hereto as Exhibit B.

13.    Upon information and belief, although the referenced invoices were addressed to Superbalife, Defendant Corinne Buckley is liable for the debts of Superbalife by virtue of her guarantee of the debts of the Defendants.

14.    In addition, upon information and belief, Defendant Corinne Buckley is further liable for the debts of Superbalife by virtue of her use of Superbalife as her alter ego and her disrespect for the corporate form of Superbalife.

15.    By letter dated, February 25, 2011, Hi-Tech demanded payment of these invoices.  A copy of this letter is attached hereto as Exhibit C.  Nevertheless, despite these facts, as of the filing of this Complaint, the referenced invoices remain unpaid by the Defendants, individually and/or collectively.

5

## COUNT ONE

### (Breach of contract)

16.    Hi-Tech incorporates paragraphs 1 through 15 as if fully set forth herein.

17.    By the terms of the parties' agreements, as demonstrated by the parties' pattern of conduct, the Defendants, individually and on behalf of Superbalife, agreed to purchase Hi-Tech's dietary supplement products for resale to the consuming public.  Despite Hi-Tech having shipped the purchased dietary supplement product to the Defendants and having invoiced the Defendants for such products, the Defendants have failed or refused to remit payment to Hi-Tech even after written demand for such payment.

18.    The conduct of the Defendants amounts to a breach of the parties' agreements and has resulted in direct and proximate damage to the Hi-Tech.

19.    Defendant Corinne Buckley is personally liable for the Defendants' breach due to her agreement to guarantee the Defendants' debts.

20.    Defendant Corinne Buckley is further liable to Hi-Tech due to her failure to respect the corporate form of Superbalife.

WHEREFORE, PREMISES CONSIDERED, Hi-Tech demands judgment against the Defendants in the amount of $539,337.40, plus, interest, costs and all other further relief to which Hi-Tech is entitled.

## COUNT TWO

### (Open Account)

21.    Hi-Tech incorporates Paragraphs 1 through 20 as if fully set forth herein.

22.    The Defendants owe Hi-Tech $539,337.40 due by open account.

23.    Defendant Corinne Buckley is personally liable for the Defendants' breach due to her agreement to guarantee the Defendants' debts.

24.    Defendant Corinne Buckley is further liable to Hi-Tech due to her failure to respect the corporate form of Superbalife.

WHEREFORE, PREMISES CONSIDERED, Hi-Tech demands judgment against the Defendants in the amount of $539,337.40, plus interest, costs and all other further relief to which Hi-Tech is entitled.

## COUNT THREE

### (Account Stated)

25.    Hi-Tech incorporates paragraphs 1 through 24 as if fully set forth herein.

26.    The Defendants owe Hi-Tech $539,337.40 due by account stated.

27.    Defendant Corinne Buckley is personally liable for the Defendants' breach due to her agreement to guarantee the Defendants' debts.

28.     Defendant Corinne Buckley is further liable to Hi-Tech due to her failure to respect the corporate form of Superbalife.

WHEREFORE, PREMISES CONSIDERED, Hi-Tech demands judgment against the Defendants in the amount of $539,337.40, plus interest, costs and all other further relief to which Hi-Tech is entitled.

Respectfully submitted this the 7th day of September, 2012.

Counsel for Hi-Tech Pharmaceuticals, Inc.

/s/ Arthur W. Leach
Georgia Bar No. 442025
5780 Windward Pkwy, Suite 225
Alpharetta, Georgia 30005
Telephone: (404) 786-6443
Email: art@arthurwleach.com

Joseph P. Schilleci, Jr.
Pro Hac Vice to be submitted
The Schilleci Law Firm, LLC
512 Montgomery Hwy, Suite 210
Birmingham, Alabama 35216
Telephone: (205) 978-4211
Email:  jps@schillecilaw.com

**Defendants to be served at the following locations:**

Superbalife International, LLC
c/o National Registered Agents, Inc.
2875 Michelle Drive, Suite 100
Irvine, California 92606

Fred Buckley
1315 Angelo Drive
Beverly Hills, California 90035

Corinne A. Buckley
1315 Angelo Drive
Beverly Hills, California 90035

# HI-TECH PHARMACEUTICALS, INC. v. SUPERBALIFE
# INTERNATIONAL, LLC, et al.

## Complaint – Exhibit A

Hi-Tech v. Superbalife
Complaint – Exhibit A

**Hi-Tech Pharmaceuticals, Inc.**
6015-B Unity Dr.
Norcross, GA 30071
www.hitechpharma.com

Voice:   888-855-7919
Fax:      770-797-9960



# INVOICE

| | |
|---|---|
| Invoice Number: | 58781 |
| Invoice Date: | Jun 19, 2009 |
| Page: | 1 |
| Duplicate | |

| Bill To: | Ship to: |
|---|---|
| Superbalife<br>1449 S. Robertson Blvd.<br>Los Angeles, CA  90035 | Superbalife<br>1449 S. Robertson Blvd.<br>Los Angeles, CA  90035 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| SUPERBALIFE | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| MIKE/JARED | UPS Ground | | 7/19/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 100,000.00 | BULK CAPSULES | Bulk Capsules: Zyatonix | 0.08 | 8,333.33 |
| 21,800.00 | BULK TABLETS | Bulk Tablets | 0.09 | 1,925.67 |

| | | |
|---|---|---|
| Subtotal | | 10,259.00 |
| Sales Tax | | |
| Freight | | |
| Total Invoice Amount | | 10,259.00 |
| Payment/Credit Applied | | 10,259.00 |
| TOTAL | | 0.00 |

Invoices not paid in full by their due date
are subject to a 3% late fee.
Please indicate the Invoice Number on
your Check /Money Order when remitting
payment.



**Hi-Tech Pharmaceuticals, Inc.**
6015-B Unity Dr.
Norcross, GA 30071
www.hitechpharma.com

Voice: 888-855-7919
Fax: 770-797-9960

# INVOICE

| | |
|---|---|
| Invoice Number: | 70646 |
| Invoice Date: | Sep 11, 2009 |
| Page: | 1 |

*Duplicate*

| Bill To: | Ship To: |
|---|---|
| Superbalife | Superbalife |
| 1449 S. Robertson Blvd. | 1449 S. Robertson Blvd. |
| Los Angeles, CA 90035 | Los Angeles, CA 90035 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| SUPERBALIFE | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| MIKE/JARED | UPS Freight | | 10/11/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 3,024.00 | ZYREXIN (30-CT) | Zyrexin Bottles | 6.00 | 18,144.00 |
| 2,592.00 | ZYREXIN 10-CT | Zyrexin 10-ct Bottle | 2.25 | 5,832.00 |

Invoices not paid in full by their due date
are subject to a 3% late fee.
Please indicate the Invoice Number on
your Check/ Money Order when remitting
payment.

| | |
|---|---|
| Subtotal | 23,976.00 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 23,976.00 |
| Payment/Credit Applied | 23,976.00 |
| **TOTAL** | **0.00** |

**Hi-Tech Pharmaceuticals, Inc.**
6015-B Unity Dr.
Norcross, GA 30071
www.hitechpharma.com

Voice:  888-855-7919
Fax:    770-797-9960



# INVOICE

Invoice Number:  70529
Invoice Date:    Sep 4, 2009
Page:            1
*Duplicate*

| Bill To: | Ship to: |
|----------|----------|
| Superbalife<br>1449 S. Robertson Blvd.<br>Los Angeles, CA 90035 | Superbalife<br>1449 S. Robertson Blvd.<br>Los Angeles, CA 90035 |

| Customer ID | Customer PO | Payment Terms |
|-------------|-------------|---------------|
| SUPERBALIFE | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|--------------|-----------------|-----------|----------|
| MIKE/JARED | UPS Freight | | 10/4/09 |

| Quantity | Item | Description | Unit Price | Amount |
|----------|------|-------------|------------|--------|
| 1,158.00 | ZYATONIX | Zyatonix 60-ct Bottle | 5.45 | 6,311.10 |

Invoices not paid in full by their due date
are subject to a 3% late fee.
Please indicate the Invoice Number on
your Check/ Money Order when remitting
payment.

| | |
|---|---|
| Subtotal | 6,311.10 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 6,311.10 |
| Payment/Credit Applied | 6,311.10 |
| TOTAL | 0.00 |

**Hi-Tech Pharmaceuticals, Inc.**
6015-B Unity Dr.
Norcross, GA 30071
www.hitechpharma.com

Voice:   888-855-7919
Fax:     770-797-9960



# INVOICE

Invoice Number:   70379
Invoice Date:     Aug 28, 2009
Page:             1
*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Superbalife<br>1449 S. Robertson Blvd.<br>Los Angeles, CA  90035 | Superbalife<br>1449 S. Robertson Blvd.<br>Los Angeles, CA  90035 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| SUPERBALIFE | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| MIKE/JARED | UPS Freight | | 9/27/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 2,145.00 | ZYATONIX | Zyatonix 60-ct Bottle | 5.45 | 11,690.25 |

| | |
|---|---|
| Subtotal | 11,690.25 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 11,690.25 |
| Payment/Credit Applied | 11,690.25 |
| TOTAL | 0.00 |

Invoices not paid in full by their due date
are subject to a 3% late fee.
Please indicate the Invoice Number on
your Check/ Money Order when remitting
payment.

**Hi-Tech Pharmaceuticals, Inc.**
6015-B Unity Dr.
Norcross, GA 30071
www.hitechpharma.com

Voice:   888-855-7919
Fax:     770-797-9960



# INVOICE

Invoice Number:   70520
Invoice Date:     Sep 3, 2009
Page:             1

Duplicate

| Bill To: | Ship to: |
|---|---|
| Superbalife<br>1449 S. Robertson Blvd.<br>Los Angeles, CA  90035 | Superbalife<br>1449 S. Robertson Blvd.<br>Los Angeles, CA  90035 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| SUPERBALIFE | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| MIKE/JARED | UPS Overnight Large | | 10/3/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 2,016.00 | ZYATONIX | Zyatonix 60-ct Bottle | 5.45 | 10,987.20 |

| | |
|---|---|
| Subtotal | 10,987.20 |
| Sales Tax | |
| Freight | 1,751.28 |
| Total Invoice Amount | 12,738.48 |
| Payment/Credit Applied | 12,738.48 |
| TOTAL | 0.00 |

Invoices not paid in full by their due date
are subject to a 3% late fee.
Please indicate the invoice Number on
your Check/Money Order when remitting
payment.

Printed on 8/29/12 at 11:50:31.43                                                                    Page:   1

Hi-Tech Pharmaceuticals, Inc.
Customer Event Log
8/29/12

Filter Criteria:  SUPERBALIFE Superbalife
                  All event types displayed.

| Completed | Date | Type | Notes |
|---|---|---|---|
| | 10/8/08 | Customer Invoice Due | #60620 sent  9/8/08  $43,826.50 |
| | 10/17/08 | Customer Invoice Due | #60894 sent  9/17/08  $21,539.25 |
| | 12/13/08 | Customer Invoice Due | #62575 sent  11/13/08  $7,827.75 |
| | 3/4/09 | Customer Invoice Due | #64515 sent  2/2/09  $39,271.50 |
| | 3/28/09 | Customer Invoice Due | #65351 sent  2/26/09  $47,601.94 |
| | 5/23/09 | Customer Invoice Due | #67115 sent  4/23/09  $45,036.00 |
| | 5/24/09 | Customer Invoice Due | #67177 sent  4/24/09  $20,200.00 |
| | 7/4/09 | Customer Invoice Due | #68341 sent  6/4/09  $9,021.90 |
| | 7/19/09 | Customer Invoice Due | #68778 sent  6/19/09  $33,750.00 |
| | 7/31/09 | Customer Invoice Due | #69107 sent  7/1/09  $26,688.35 |
| | 9/4/09 | Customer Invoice Due | #69903 sent  8/5/09  $4,799.28 |
| | 9/16/09 | Customer Invoice Due | #70017 sent  8/17/09  $67,456.00 |
| | 9/23/09 | Customer Invoice Due | #70256 sent  8/24/09  $6,804.00 |
| | 9/26/09 | Customer Invoice Due | #70360 sent  8/27/09  $6,319.20 |
| | 10/8/09 | Customer Invoice Due | #70554 sent  9/8/09  $21,974.40 |
| | 10/8/09 | Customer Invoice Due | #70563 sent  9/8/09  $20,412.00 |
| | 10/10/09 | Customer Invoice Due | #70611 sent  9/10/09  $7,735.50 |
| | 10/17/09 | Customer Invoice Due | #70760 sent  9/17/09  $44,100.00 |

**Hi-Tech Pharmaceuticals, Inc.**
6015-B Unity Dr.
Norcross, GA 30071
www.hitechpharma.com

Voice:   888-855-7919
Fax:      770-797-9960



# INVOICE

Invoice Number:   60620
Invoice Date:       Sep 8, 2008
Page:                   1
*Duplicate*

| Bill To: | Ship To: |
|---|---|
| Superbalife<br>1449 S. Robertson Blvd.<br>Los Angeles, CA 90035 | Superbalife<br>1449 S. Robertson Blvd.<br>Los Angeles, CA 90035 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| SUPERBALIFE | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| JARED | UPS Freight | | 10/8/08 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 7,622.00 | ZYATRIM | Zyatrim 60-ct Bottles | 5.75 | 43,826.50 |

Invoices not paid in full by their due date
are subject to a 3% late fee.
Please indicate the invoice Number on
your Check/ Money Order when remitting
payment.

| | |
|---|---|
| Subtotal | 43,826.50 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 43,826.50 |
| Payment/Credit Applied | |
| TOTAL | 43,826.50 |

**Hi-Tech Pharmaceuticals, Inc.**
6015-B Unity Dr.
Norcross, GA 30071
www.hitechpharma.com

Voice: 888-855-7919
Fax: 770-797-9960



# INVOICE

| | |
|---|---|
| Invoice Number: | 80894 |
| Invoice Date: | Sep 17, 2008 |
| Page: | 1 |

*Duplicate*

| Bill To: | Ship To: |
|---|---|
| Superbalife | Superbalife |
| 1449 S. Robertson Blvd. | 1449 S. Robertson Blvd. |
| Los Angeles, CA 90035 | Los Angeles, CA 90035 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| SUPERBALIFE | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| JARED | UPS Freight | | 10/17/08 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 9,573.00 | ZYREXIN 10-CT | Zyrexin 10-ct Bottle | 2.25 | 21,539.25 |

Invoices not paid in full by their due date are subject to a 3% late fee.
Please indicate the Invoice Number on your Check/ Money Order when remitting payment.

| | |
|---|---|
| Subtotal | 21,539.25 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 21,539.25 |
| Payment/Credit Applied | |
| **TOTAL** | **21,539.25** |

**Hi-Tech Pharmaceuticals, Inc.**
6015-B Unity Dr.
Norcross, GA 30071
www.hitechpharma.com

Voice:   888-855-7919
Fax:     770-797-9960



# INVOICE

Invoice Number:  82575
Invoice Date:    Nov 13, 2008
Page:            1
*Duplicate*

| Bill To: | Ship To: |
|---|---|
| Superbalife<br>1449 S. Robertson Blvd.<br>Los Angeles, CA  90035 | Superbalife<br>1449 S. Robertson Blvd.<br>Los Angeles, CA  90035 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| SUPERBALIFE | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| JARED | UPS Freight | | 12/13/08 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 3,479.00 | ZYREXIN 10-CT | Zyrexin 10-ct Bottle | 2.25 | 7,827.75 |

| | |
|---|---|
| Subtotal | 7,827.75 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 7,827.75 |
| Payment/Credit Applied | |
| **TOTAL** | **7,827.75** |

Invoices not paid in full by their due date
are subject to a 3% late fee.
Please indicate the Invoice Number on
your Check/ Money Order when remitting
payment.

**Hi-Tech Pharmaceuticals, Inc.**
6015-B Unity Dr.
Norcross, GA 30071
www.hitechpharma.com

Voice:   888-855-7919
Fax:     770-797-9960



# INVOICE

Invoice Number:   84515
Invoice Date:     Feb 2, 2009
Page:             1
*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Superbalife | Superbalife |
| 1449 S. Robertson Blvd. | 1449 S. Robertson Blvd. |
| Los Angeles, CA  90035 | Los Angeles, CA  90035 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| SUPERBALIFE | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| JARED | UPS Freight | | 3/4/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 17,454.00 | ZYREXIN 10-CT | Zyrexin 10-ct Bottle | 2.25 | 39,271.50 |

| | |
|---|---|
| Subtotal | 39,271.50 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 39,271.50 |
| Payment/Credit Applied | |
| **TOTAL** | **39,271.50** |

Invoices not paid in full by their due date
are subject to a 3% late fee.
Please indicate the Invoice Number on
your Check/ Money Order when remitting
payment.

**Hi-Tech Pharmaceuticals, Inc.**
6015-B Unity Dr.
Norcross, GA 30071
www.hitechpharma.com

Voice: 888-855-7919
Fax: 770-797-9960



# INVOICE

| | |
|---|---|
| Invoice Number: | 85351 |
| Invoice Date: | Feb 26, 2009 |
| Page: | 1 |
| *Duplicate* | |

| Bill To: | Ship to: |
|---|---|
| Superbalife | Superbalife |
| 1449 S. Robertson Blvd. | 1449 S. Robertson Blvd. |
| Los Angeles, CA  90035 | Los Angeles, CA  90035 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| SUPERBALIFE | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| JARED | UPS Overnight Large | | 3/28/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 7,288.00 | ZYREXIN (30-CT) | Zyrexin Bottles | 6.00 | 43,728.00 |

| | |
|---|---|
| Subtotal | 43,728.00 |
| Sales Tax | |
| Freight | 3,873.94 |
| Total Invoice Amount | 47,601.94 |
| Payment/Credit Applied | |
| **TOTAL** | **47,601.94** |

Invoices not paid in full by their due date
are subject to a 3% late fee.
Please indicate the Invoice Number on
your Check/Money Order when remitting
payment.

**Hi-Tech Pharmaceuticals, Inc.**
6015-B Unity Dr.
Norcross, GA 30071
www.hitechpharma.com

Voice:   888-855-7919
Fax:     770-797-9960



# INVOICE

Invoice Number:   57115
Invoice Date:     Apr 23, 2009
Page:             1
*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Superbalife<br>1449 S. Robertson Blvd.<br>Los Angeles, CA 90035 | Superbalife<br>1449 S. Robertson Blvd.<br>Los Angeles, CA 90035 |

| Customer ID | Customer P.O. | | Payment Terms |
|---|---|---|---|
| SUPERBALIFE | | | Net 30 Days |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| MIKE/JARED | UPS Freight | | 5/23/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 20,016.00 | ZYREXIN 10-CT | Zyrexin 10-ct Bottle | 2.25 | 45,036.00 |

Invoices not paid in full by their due date
are subject to a 3% late fee.
Please indicate the Invoice Number on
your Check/ Money Order when remitting
payment.

| | |
|---|---|
| Subtotal | 45,036.00 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 45,036.00 |
| Payment/Credit Applied | |
| **TOTAL** | **45,036.00** |

**Hi-Tech Pharmaceuticals, Inc.**
6015-B Unity Dr.
Norcross, GA 30071
www.hitechpharma.com

Voice:   888-855-7919
Fax:     770-797-9960



# INVOICE

Invoice Number:   57177
Invoice Date:     Apr 24, 2009
Page:             1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Superbalife<br>1449 S. Robertson Blvd.<br>Los Angeles, CA  90035 | Superbalife<br>1449 S. Robertson Blvd.<br>Los Angeles, CA  90035 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| SUPERBALIFE | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| MIKE/JARED | UPS Ground | | 5/24/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 101,000.00 | BULK TABLETS | Bulk Zyrexin Tablets | 0.20 | 20,200.00 |

| | |
|---|---|
| Subtotal | 20,200.00 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 20,200.00 |
| Payment/Credit Applied | |
| TOTAL | 20,200.00 |

Invoices not paid in full by their due date
are subject to a 3% late fee.
Please indicate the Invoice Number on
your Check/ Money Order when remitting
payment.

**Hi-Tech Pharmaceuticals, Inc.**
6015-B Unity Dr.
Norcross, GA 30071
www.hitechpharma.com

Voice:  888-855-7919
Fax:  770-797-9960



# INVOICE

Invoice Number:  58341
Invoice Date:  Jun 4, 2009
Page:  1
Duplicate

| Bill To: | Ship to: |
|---|---|
| Superbalife | Superbalife |
| 1449 S. Robertson Blvd. | 1449 S. Robertson Blvd. |
| Los Angeles, CA  90035 | Los Angeles, CA  90035 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| SUPERBALIFE | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| MIKE/JARED | UPS 2-Day Large | | 7/4/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1,582.00 | ZYATONIX | Zyatonix 60-ct Bottle | 5.45 | 8,621.90 |

| | |
|---|---|
| Subtotal | 8,621.90 |
| Sales Tax | |
| Freight | 400.00 |
| Total Invoice Amount | 9,021.90 |
| Payment/Credit Applied | |
| TOTAL | 9,021.90 |

Invoices not paid in full by their due date
are subject to a 3% late fee.
Please indicate the Invoice Number on
your Check/ Money Order when remitting
payment.

**Hi-Tech Pharmaceuticals, Inc.**
6015-B Unity Dr.
Norcross, GA 30071
www.hitechpharma.com

Voice:   888-855-7919
Fax:   770-797-9960



# INVOICE

Invoice Number:   5877B
Invoice Date:   Jun 19, 2009
Page:   1

*Duplicate*

| Bill To: | Ship To: |
|---|---|
| Superbalife<br>1449 S. Robertson Blvd.<br>Los Angeles, CA  90035 | Superbalife<br>1449 S. Robertson Blvd.<br>Los Angeles, CA  90035 |

| Customer ID | Customer P.O. | Payment Terms | |
|---|---|---|---|
| SUPERBALIFE | | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| MIKE/JARED | UPS Freight | | 7/19/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 15,000.00 | ZYREXIN 10-CT | Zyrexin 10-ct Bottle | 2.25 | 33,750.00 |

Invoices not paid in full by their due date
are subject to a 3% late fee.
Please indicate the Invoice Number on
your Check/ Money Order when remitting
payment.

| | |
|---|---|
| Subtotal | 33,750.00 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 33,750.00 |
| Payment/Credit Applied | |
| **TOTAL** | **33,750.00** |

**Hi-Tech Pharmaceuticals, Inc.**
6015-B Unity Dr.
Norcross, GA 30071
www.hitechpharma.com

Voice:   888-855-7919
Fax:     770-797-9960



# INVOICE

| | |
|---|---|
| Invoice Number: | 69107 |
| Invoice Date: | Jul 1, 2009 |
| Page: | 1 |

*Duplicate*

| Bill To | Ship to |
|---|---|
| Superbalife | Superbalife |
| 1449 S. Robertson Blvd. | 1449 S. Robertson Blvd. |
| Los Angeles, CA  90035 | Los Angeles, CA  90035 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| SUPERBALIFE | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| MIKE/JARED | UPS Freight | | 7/31/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 2,015.00 | PROSTAVAR | Prostavar Rx Bottles | 5.00 | 10,075.00 |
| 6,565.00 | ZYREXIN 10-CT | Zyrexin 10-ct Bottle | 2.25 | 14,771.25 |
| 338.00 | ZYATONIX | Zyatonix 60-ct Bottle | 5.45 | 1,842.10 |

Invoices not paid in full by their due date
are subject to a 3% late fee.
Please indicate the Invoice Number on
your Check/ Money Order when remitting
payment.

| | |
|---|---|
| Subtotal | 26,688.35 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 26,688.35 |
| Payment/Credit Applied | |
| **TOTAL** | **26,688.35** |

**Hi-Tech Pharmaceuticals, Inc.**
6015-B Unity Dr.
Norcross, GA 30071
www.hitechpharma.com



# INVOICE

Voice:   888-855-7919
Fax:     770-797-9960

| | |
|---|---|
| Invoice Number: | 89903 |
| Invoice Date: | Aug 5, 2009 |
| Page: | 1 |
| Duplicate | |

| Bill to: | Ship to: |
|---|---|
| Superbalife | Superbalife |
| 1449 S. Robertson Blvd. | 1449 S. Robertson Blvd. |
| Los Angeles, CA  90035 | Los Angeles, CA  90035 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| SUPERBALIFE | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| MIKE/JARED | UPS Overnight Large | | 9/4/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 720.00 | ZYATRIM | Zyatrim 60-ct Bottles | 5.75 | 4,140.00 |

Invoices not paid in full by their due date
are subject to a 3% late fee.
Please indicate the Invoice Number on
your Check/ Money Order when remitting
payment.

| | |
|---|---|
| Subtotal | 4,140.00 |
| Sales Tax | |
| Freight | 659.28 |
| Total Invoice Amount | 4,799.28 |
| Payment/Credit Applied | |
| **TOTAL** | **4,799.28** |

**Hi-Tech Pharmaceuticals, Inc.**
6015-B Unity Dr.
Norcross, GA 30071
www.hitechpharma.com

Voice: 888-855-7919
Fax: 770-797-9960



# INVOICE

Invoice Number: 70017
Invoice Date: Aug 17, 2009
Page: 1
*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Superbalife<br>1449 S. Robertson Blvd.<br>Los Angeles, CA 90035 | Superbalife<br>1449 S. Robertson Blvd.<br>Los Angeles, CA 90035 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| SUPERBALIFE | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| MIKE/JARED | UPS Freight | | 9/16/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 20,160.00 | ZYREXIN 10-CT | Zyrexin 10-ct Bottle | 2.25 | 45,360.00 |
| 2,000.00 | PROSTAVAR | Prostavar-Rx Bottles | 5.00 | 10,000.00 |
| 2,016.00 | ZYREXIN (30-CT) | Zyrexin Bottles | 6.00 | 12,096.00 |

Invoices not paid in full by their due date
are subject to a 3% late fee.
Please indicate the Invoice Number on
your Check/ Money Order when remitting
payment.

| | |
|---|---|
| Subtotal | 67,456.00 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 67,456.00 |
| Payment/Credit Applied | |
| TOTAL | 67,456.00 |

**Hi-Tech Pharmaceuticals, Inc.**
6015-B Unity Dr.
Norcross, GA 30071
www.hitechpharma.com

Voice:   888-855-7919
Fax:     770-797-9960



# INVOICE

Invoice Number:   70256
Invoice Date:     Aug 24, 2009
Page:             1

Duplicate

| Bill To | Ship To |
|---|---|
| Superbalife<br>1449 S. Robertson Blvd.<br>Los Angeles, CA  90035 | Superbalife<br>1449 S. Robertson Blvd.<br>Los Angeles, CA  90035 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| SUPERBALIFE | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| MIKE/JARED | UPS Overnight Large | | 9/23/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 3,024.00 | ZYREXIN 10-CT | Zyrexin 10-ct Bottle<br>(21 Master Cases) | 2.25 | 6,804.00 |

Invoices not paid in full by their due date
are subject to a 3% late fee.
Please indicate the Invoice Number on
your Check/ Money Order when remitting
payment.

| | |
|---|---|
| Subtotal | 6,804.00 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 6,804.00 |
| Payment/Credit Applied | |
| **TOTAL** | **6,804.00** |

**Hi-Tech Pharmaceuticals, Inc.**
6015-B Unity Dr.
Norcross, GA 30071
www.hitechpharma.com

Voice:   888-855-7919
Fax:   770-797-9960



# INVOICE

| | |
|---|---|
| Invoice Number: | 70360 |
| Invoice Date: | Aug 27, 2009 |
| Page: | 1 |
| Duplicate | |

| Bill To: | Ship to: |
|---|---|
| Superbalife | Superbalife |
| 1449 S. Robertson Blvd. | 1449 S. Robertson Blvd. |
| Los Angeles, CA  90035 | Los Angeles, CA  90035 |

| Customer ID | Customer P.O. | Payment Terms |
|---|---|---|
| SUPERBALIFE | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| JARED | UPS Overnight Large | | 9/26/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1,008.00 | ZYATONIX | Zyatonix 60-ct Bottle | 5.45 | 5,493.60 |

| | |
|---|---|
| Subtotal | 5,493.60 |
| Sales Tax | |
| Freight | 825.60 |
| Total Invoice Amount | 6,319.20 |
| Payment/Credit Applied | |
| TOTAL | 6,319.20 |

Invoices not paid in full by their due date
are subject to a 3% late fee.
Please indicate the Invoice Number on
your Check/ Money Order when remitting
payment.

**Hi-Tech Pharmaceuticals, Inc.**
6015-B Unity Dr.
Norcross, GA 30071
www.hitechpharma.com

Voice:    888-855-7919
Fax:      770-797-9960



# INVOICE

Invoice Number:   70554
Invoice Date:     Sep 8, 2009
Page:             1
*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Superbalife | Superbalife |
| 1449 S. Robertson Blvd. | 1449 S. Robertson Blvd. |
| Los Angeles, CA  90035 | Los Angeles, CA  90035 |

| Customer ID | Customer P.O. | Payment Terms |
|---|---|---|
| SUPERBALIFE | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| JARED | UPS Freight | | 10/8/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 4,032.00 | ZYATONIX | Zyatonix 60-ct Bottle (unlabeled) | 5.45 | 21,974.40 |

| | | |
|---|---|---|
| Subtotal | | 21,974.40 |
| Sales Tax | | |
| Freight | | |
| Total Invoice Amount | | 21,974.40 |
| Payment/Credit Applied | | |
| TOTAL | | 21,974.40 |

Invoices not paid in full by their due date
are subject to a 3% late fee.
Please indicate the Invoice Number on
your Check/ Money Order when remitting
payment.

**Hi-Tech Pharmaceuticals, Inc.**
6015-B Unity Dr.
Norcross, GA 30071
www.hitechpharma.com

Voice:  888-855-7919
Fax:    770-797-9960



# INVOICE

Invoice Number:  70563
Invoice Date:    Sep 8, 2009
Page:            1
*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Superbalife | Superbalife |
| 1449 S. Robertson Blvd. | 1449 S. Robertson Blvd. |
| Los Angeles, CA  90035 | Los Angeles, CA  90035 |

| Customer ID | Customer P.O. | Payment Terms |
|---|---|---|
| SUPERBALIFE | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| JARED | UPS Freight | | 10/8/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 9,072.00 | ZYREXIN 10-CT | Zyrexin 10-ct Bottle | 2.25 | 20,412.00 |

|  |  |
|---|---|
| Subtotal | 20,412.00 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 20,412.00 |
| Payment/Credit Applied | |
| **TOTAL** | **20,412.00** |

Invoices not paid in full by their due date
are subject to a 3% late fee.
Please indicate the Invoice Number on
your Check/ Money Order when remitting
payment.

**Hi-Tech Pharmaceuticals, Inc.**
6015-B Unity Dr.
Norcross, GA 30071
www.hitechpharma.com

Voice:   888-855-7919
Fax:   770-797-9960



# INVOICE

| | |
|---|---|
| Invoice Number: | 70611 |
| Invoice Date: | Sep 19, 2009 |
| Page: | 1 |
| Duplicate | |

| Bill To: | Ship To: |
|---|---|
| Superbalife | Superbalife |
| 1449 S. Robertson Blvd. | 1449 S. Robertson Blvd. |
| Los Angeles, CA 90035 | Los Angeles, CA 90035 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| SUPERBALIFE | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| MIKE/JARED | UPS Freight | | 10/10/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 3,438.00 | ZYREXIN 10-CT | Zyrexin 10-ct Bottle | 2.25 | 7,735.50 |

| | |
|---|---|
| Subtotal | 7,735.50 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 7,735.50 |
| Payment/Credit Applied | |
| Total | 7,735.50 |

Invoices not paid in full by their due date
are subject to a 3% late fee.
Please indicate the Invoice Number on
your Check/ Money Order when remitting
payment.

**Hi-Tech Pharmaceuticals, Inc.**
6015-B Unity Dr.
Norcross, GA 30071
www.hitechpharma.com



# INVOICE

Invoice Number: 70760
Invoice Date: Sep 17, 2009
Page: 1
*Duplicate*

Voice: 888-855-7919
Fax: 770-797-9960

| Bill To: | Ship To: |
|---|---|
| Superbalife | Superbalife |
| 1449 S. Robertson Blvd. | 1449 S. Robertson Blvd. |
| Los Angeles, CA 90035 | Los Angeles, CA 90035 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| SUPERBALIFE | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| MIKE/JARED | UPS Freight | | 10/17/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 15,120.00 | ZYREXIN 10-CT | Zyrexin 10-ct Bottle | 2.25 | 34,020.00 |
| 2,016.00 | PROSTAVAR | Prostavar-Rx Bottles | 5.00 | 10,080.00 |

| | | |
|---|---|---|
| Subtotal | | 44,100.00 |
| Sales Tax | | |
| Freight | | |
| Total Invoice Amount | | 44,100.00 |
| Payment/Credit Applied | | |
| **TOTAL** | | **44,100.00** |

Invoices not paid in full by their due date
are subject to a 3% late fee.
Please indicate the Invoice Number on
your Check/ Money Order when remitting
payment.

# HI-TECH PHARMACEUTICALS, INC. v. SUPERBALIFE INTERNATIONAL, LLC, et al.

## Complaint – Exhibit B

Hi-Tech v. Superbalife
Complaint - Exhibit B



# RETURNED ITEM NOTICE



**FLAGSTAR BANK**
301 W MICHIGAN AVE
JACKSON, MI 49201
517-787-9700

| ACCOUNT NUMBER | DATE |
|---|---|
| DD587557416 | 10/12/2009 |

## WE CHARGED YOUR ACCOUNT FOR THE FOLLOWING ITEM(S):

| DATE | DRAWN BY | DRAWN ON | REASON NO. | AMOUNT |
|---|---|---|---|---|
| 10/12/2009 | SUPERBALIFE INTERNATIONAL - STOP PAYMENT | PACIFIC MERCANTILE BANK | 9 | $64,974.83 |
| 10/12/2009 | SHELIA COMBS-NSF | PLANTERS BNAK | 7 | $69.95 |

| | |
|---|---|
| HANDLING CHARGE PER ITEM | $9.00 |
| CHECK AMOUNT | $65,044.78 |

**REASON FOR NON-PAYMENT**

1. Account Closed
2. Amounts Disagree
3. Cannot Locate Account
4. Drawn Against Uncollected Funds
5. Endorsement
6. Guarantee Amount
7. Not Sufficient Funds
8. Payee Missing
9. Payment Stopped
10. Post Dated
11. Refer to Maker
12. Signature Irregular
13. Signature Missing
14. Signature Not on File
15. Signature Unauthorized
99.

AFFILIATED DISTRIBUTION INCORPORATED
DBA HI-TECH PHARMACEUTICALS
4030 OAK FOREST CIR
MARIETTA GA 300620000

Customer Copy

# *HI-TECH PHARMACEUTICALS, INC. v. SUPERBALIFE INTERNATIONAL, LLC, et al.*

Complaint – Exhibit C

Hi-Tech v. Superbalife
Complaint - Exhibit C

**Hi-Tech Pharmaceuticals, Inc.**
6015-B Unity Drive
Norcross, Georgia, 30071

Phone (404) 989-6136
**htpharmac@aol.com**

February 25, 2011

Superbalife International
1171 S. Robertson, Blvd., Suite 525, Los Angeles, California
90035

RE: Hi-Tech Pharmaceuticals, Inc. unpaid Invoices

Dear Corinne and Fred ,

This communication is an attempt to collect a debt. We are contacting you
regarding your failure to tender outstanding amounts owed on your
account.

As of this date, your account is past due in the amount of $539,337.40,
representing the above referenced invoices. The total amount due and
owing must be paid by you to Hi-Tech within ten (10) days from receipt of
this letter.

If we have not heard from you within ten (10) days, I will assume you do
not wish to settle this matter and will turn your account over to our
attorneys to take the necessary steps to commence the litigation process.
You should be aware that this matter is extremely important and could
result in a legal judgment against you.

If you need further assistance, please contact me at 770-797-9959 or on
my cell at 404-989-6136. I do not want to instigate litigation like I did
when you counterfeited Stamina-Rx in 2003, but will do so if necessary as
you are well aware.

Sincerely Yours,

Jared Wheat
Chief Executive Officer

CC: Arthur W. Leach  Attorney at Law

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| Hi-Tech Pharmaceuticals, Inc. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No. |
| Superballfe International, LLC, Fred Buckley and | ) |
| Corrine A. Buckley | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Superbalife International, LLC
c/o National Registered Agents, Inc.
2875 Michelle Drive, Suite 100
Irvine, California 92606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Arthur W. Leach, 5780 Windward Pkwy, Suite 225, Alpharetta, Georgia 30005, (404) 786-6443 or Joseph P. Schilleci, Jr., 512 Montgomery Hwy, Suite 210, Birmingham, Alabama 35216, (205) 978-4211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ 09/04/2012 _____     _____
                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

  ❏ I personally served the summons on the individual at *(place)* _____
   _____ on *(date)* _____ ; or

  ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
   _____ , a person of suitable age and discretion who resides there,
  on *(date)* _____ , and mailed a copy to the individual's last known address; or

  ❏ I served the summons on *(name of individual)* _____ , who is
  designated by law to accept service of process on behalf of *(name of organization)* _____
   _____ on *(date)* _____ ; or

  ❏ I returned the summons unexecuted because _____ ; or

  ❏ Other *(specify):*


  My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

  I declare under penalty of perjury that this information is true.


Date: _____     _____
                 *Server's signature*

              _____
                 *Printed name and title*


              _____
                 *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| Hi-Tech Pharmaceuticals, Inc. | )<br>)<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| Superballife International, LLC, Fred Buckley and<br>Corrine A. Buckley | )<br>)<br>)<br>) |
| *Defendant(s)* | )<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Fred Buckley
1315 Angelo Drive
Beverly Hills, California 90035

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Arthur W. Leach, 5780 Windward Pkwy, Suite 225, Alpharetta, Georgia 30005, (404) 786-6443 or Joseph P. Schilleci, Jr., 512 Montgomery Hwy, Suite 210, Birmingham, Alabama 35216, (205) 978-4211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____09/04/2012_____          _____
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                  *Server's signature*

                                         _____
                                                  *Printed name and title*

                                         _____
                                                  *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| Hi-Tech Pharmaceuticals, Inc. | ) )  ) ) |
| *Plaintiff(s)* | ) |
| v. | ) )   Civil Action No. |
| Superbalife International, LLC, Fred Buckley and Corrine A. Buckley | ) ) ) |
| *Defendant(s)* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Corinne A. Buckley
1315 Angelo Drive
Beverly Hills, California 90035

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Arthur W. Leach, 5780 Windward Pkwy, Suite 225, Alpharetta, Georgia 30005, (404) 786-6443 or Joseph P. Schilleci, Jr., 512 Montgomery Hwy, Suite 210, Birmingham, Alabama 35216, (205) 978-4211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____09/04/2012_____          _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.


Date: _____          _____

                                          *Server's signature*


                                      _____

                                       *Printed name and title*


                                      _____

                                         *Server's address*

Additional information regarding attempted service, etc:

JS44 (Rev. 04/12 NDGA)                 **CIVIL COVER SHEET**

The JS44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket record. (SEE INSTRUCTIONS ATTACHED)

**I. (a) PLAINTIFF(S)**

Hi-Tech Pharmaceuticals, Inc.

**DEFENDANT(S)**

Superbalife International, LLC; Fred Buckley; and Corinne A. Buckley

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Gwinnett
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Los Angeles County, CA
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, TELEPHONE NUMBER, AND E-MAIL ADDRESS)

Arthur W. Leach, 5780 Windward Pkwy, Suite 225, Alpharetta, Georgia 30005, (404) 786-6443, art@arthurwleach.com; Joseph P. Schilleci, Jr., 512 Montgomery Hwy, Suite 210, Birmingham, Alabama 35216, (205) 978-4211, jps@schillecilaw.com

**ATTORNEYS** (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. GOVERNMENT PLAINTIFF
☐ 2 U.S. GOVERNMENT DEFENDANT
☐ 3 FEDERAL QUESTION (U.S. GOVERNMENT NOT A PARTY)
☒ 4 DIVERSITY (INDICATE CITIZENSHIP OF PARTIES IN ITEM III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (FOR DIVERSITY CASES ONLY)

| | PLF | DEF | | PLF | DEF | |
|---|---|---|---|---|---|---|
| | ☒1 | 1 | CITIZEN OF THIS STATE | 4 | 4 | INCORPORATED OR PRINCIPAL PLACE OF BUSINESS IN THIS STATE |
| | 2 | ☒2 | CITIZEN OF ANOTHER STATE | 5 | 5 | INCORPORATED AND PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE |
| | 3 | 3 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | 6 | 6 | FOREIGN NATION |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒1 ORIGINAL PROCEEDING  ☐2 REMOVED FROM STATE COURT  ☐3 REMANDED FROM APPELLATE COURT  ☐4 REINSTATED OR REOPENED  ☐5 TRANSFERRED FROM ANOTHER DISTRICT (Specify District)  ☐6 MULTIDISTRICT LITIGATION  ☐7 APPEAL TO DISTRICT JUDGE FROM MAGISTRATE JUDGE JUDGMENT

**V. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE - DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. 1332(a)(1) diversity of citizenship

(IF COMPLEX, CHECK REASON BELOW)

☐ 1. Unusually large number of parties.
☐ 2. Unusually large number of claims or defenses.
☐ 3. Factual issues are exceptionally complex
☐ 4. Greater than normal volume of evidence.
☐ 5. Extended discovery period is needed.

☐ 6. Problems locating or preserving evidence
☐ 7. Pending parallel investigations or actions by government.
☐ 8. Multiple use of experts.
☐ 9. Need for discovery outside United States boundaries.
☐ 10. Existence of highly technical issues and proof.

**CONTINUED ON REVERSE**

FOR OFFICE USE ONLY

## VI. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT - "0" MONTHS DISCOVERY TRACK**
- [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGEMENT
- [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (Excl. Veterans)
- [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS

**CONTRACT - "4" MONTHS DISCOVERY TRACK**
- [ ] 110 INSURANCE
- [ ] 120 MARINE
- [ ] 130 MILLER ACT
- [ ] 140 NEGOTIABLE INSTRUMENT
- [ ] 151 MEDICARE ACT
- [ ] 160 STOCKHOLDERS' SUITS
- [ ] 190 OTHER CONTRACT
- [ ] 195 CONTRACT PRODUCT LIABILITY
- [ ] 196 FRANCHISE

**REAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
- [ ] 210 LAND CONDEMNATION
- [ ] 220 FORECLOSURE
- [ ] 230 RENT LEASE & EJECTMENT
- [ ] 240 TORTS TO LAND
- [ ] 245 TORT PRODUCT LIABILITY
- [ ] 290 ALL OTHER REAL PROPERTY

**TORTS - PERSONAL INJURY - "4" MONTHS DISCOVERY TRACK**
- [ ] 310 AIRPLANE
- [ ] 315 AIRPLANE PRODUCT LIABILITY
- [ ] 320 ASSAULT, LIBEL & SLANDER
- [ ] 330 FEDERAL EMPLOYERS' LIABILITY
- [ ] 340 MARINE
- [ ] 345 MARINE PRODUCT LIABILITY
- [ ] 350 MOTOR VEHICLE
- [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
- [ ] 360 OTHER PERSONAL INJURY
- [ ] 362 PERSONAL INJURY - MEDICAL MALPRACTICE
- [ ] 365 PERSONAL INJURY - PRODUCT LIABILITY
- [ ] 367 PERSONAL INJURY - HEALTH CARE/ PHARMACEUTICAL PRODUCT LIABILITY
- [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**TORTS - PERSONAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
- [ ] 370 OTHER FRAUD
- [ ] 371 TRUTH IN LENDING
- [ ] 380 OTHER PERSONAL PROPERTY DAMAGE
- [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**BANKRUPTCY - "0" MONTHS DISCOVERY TRACK**
- [ ] 422 APPEAL 28 USC 158
- [ ] 423 WITHDRAWAL 28 USC 157

**CIVIL RIGHTS - "4" MONTHS DISCOVERY TRACK**
- [ ] 441 VOTING
- [ ] 442 EMPLOYMENT
- [ ] 443 HOUSING/ ACCOMMODATIONS
- [ ] 444 WELFARE
- [ ] 440 OTHER CIVIL RIGHTS
- [ ] 445 AMERICANS with DISABILITIES - Employment
- [ ] 446 AMERICANS with DISABILITIES - Other
- [ ] 448 EDUCATION

**IMMIGRATION - "0" MONTHS DISCOVERY TRACK**
- [ ] 462 NATURALIZATION APPLICATION
- [ ] 463 HABEAS CORPUS- Alien Detainee
- [ ] 465 OTHER IMMIGRATION ACTIONS

**PRISONER PETITIONS - "0" MONTHS DISCOVERY TRACK**
- [ ] 510 MOTIONS TO VACATE SENTENCE
- [ ] 530 HABEAS CORPUS
- [ ] 535 HABEAS CORPUS DEATH PENALTY
- [ ] 540 MANDAMUS & OTHER
- [ ] 550 CIVIL RIGHTS - Filed Pro se
- [ ] 555 PRISON CONDITION(S) - Filed Pro se
- [ ] 560 CIVIL DETAINEE: CONDITIONS OF CONFINEMENT

**PRISONER PETITIONS - "4" MONTHS DISCOVERY TRACK**
- [ ] 550 CIVIL RIGHTS - Filed by Counsel
- [ ] 555 PRISON CONDITION(S) - Filed by Counsel

**FORFEITURE/PENALTY - "4" MONTHS DISCOVERY TRACK**
- [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 690 OTHER

**LABOR - "4" MONTHS DISCOVERY TRACK**
- [ ] 710 FAIR LABOR STANDARDS ACT
- [ ] 720 LABOR/MGMT. RELATIONS
- [ ] 740 RAILWAY LABOR ACT
- [ ] 751 FAMILY and MEDICAL LEAVE ACT
- [ ] 790 OTHER LABOR LITIGATION
- [ ] 791 EMPL. RET. INC. SECURITY ACT

**PROPERTY RIGHTS - "4" MONTHS DISCOVERY TRACK**
- [ ] 820 COPYRIGHTS
- [ ] 840 TRADEMARK

**PROPERTY RIGHTS - "8" MONTHS DISCOVERY TRACK**
- [ ] 830 PATENT

**SOCIAL SECURITY - "0" MONTHS DISCOVERY TRACK**
- [ ] 861 HIA (1395ff)
- [ ] 862 BLACK LUNG (923)
- [ ] 863 DIWC (405(g))
- [ ] 863 DIWW (405(g))
- [ ] 864 SSID TITLE XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS - "4" MONTHS DISCOVERY TRACK**
- [ ] 870 TAXES (U.S. Plaintiff or Defendant)
- [ ] 871 IRS - THIRD PARTY 26 USC 7609

**OTHER STATUTES - "4" MONTHS DISCOVERY TRACK**
- [ ] 375 FALSE CLAIMS ACT
- [ ] 400 STATE REAPPORTIONMENT
- [ ] 430 BANKS AND BANKING
- [ ] 450 COMMERCE/ICC RATES/ETC.
- [ ] 460 DEPORTATION
- [ ] 470 RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS
- [ ] 480 CONSUMER CREDIT
- [ ] 490 CABLE/SATELLITE TV
- [ ] 891 AGRICULTURAL ACTS
- [ ] 893 ENVIRONMENTAL MATTERS
- [ ] 895 FREEDOM OF INFORMATION ACT
- [ ] 950 CONSTITUTIONALITY OF STATE STATUTES
- [ ] 890 OTHER STATUTORY ACTIONS
- [ ] 899 ADMINISTRATIVE PROCEDURES ACT/ REVIEW OR APPEAL OF AGENCY DECISION

**OTHER STATUTES - "8" MONTHS DISCOVERY TRACK**
- [ ] 410 ANTITRUST
- [ ] 850 SECURITIES / COMMODITIES / EXCHANGE

**OTHER STATUTES - "0" MONTHS DISCOVERY TRACK**
- [ ] 896 ARBITRATION (Confirm / Vacate / Order / Modify)

**\* PLEASE NOTE DISCOVERY TRACK FOR EACH CASE TYPE. SEE LOCAL RULE 26.3**

---

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF CLASS ACTION UNDER F.R.Civ.P. 23    DEMAND $ _____

JURY DEMAND [ ] YES [X] NO (CHECK YES ONLY IF DEMANDED IN COMPLAINT)

## VIII. RELATED/REFILED CASE(S) IF ANY

JUDGE _____    DOCKET NO. _____

CIVIL CASES ARE DEEMED RELATED IF THE PENDING CASE INVOLVES: (CHECK APPROPRIATE BOX)
- [ ] 1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- [ ] 2. SAME ISSUE OF FACT OR ARISES OUT OF THE SAME EVENT OR TRANSACTION INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- [ ] 3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT, COPYRIGHT OR TRADEMARK INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- [ ] 4. APPEALS ARISING OUT OF THE SAME BANKRUPTCY CASE AND ANY CASE RELATED THERETO WHICH HAVE BEEN DECIDED BY THE SAME BANKRUPTCY JUDGE.
- [ ] 5. REPETITIVE CASES FILED BY PRO SE LITIGANTS.
- [ ] 6. COMPANION OR RELATED CASE TO CASE(S) BEING SIMULTANEOUSLY FILED (INCLUDE ABBREVIATED STYLE OF OTHER CASE(S)):

- [ ] 7. EITHER SAME OR ALL OF THE PARTIES AND ISSUES IN THIS CASE WERE PREVIOUSLY INVOLVED IN CASE NO. _____ , WHICH WAS DISMISSED. This case [ ] IS [ ] IS NOT (check one box) SUBSTANTIALLY THE SAME CASE.

---

/s/ Arthur W. Leach                    9/4/12                    [+]

SIGNATURE OF ATTORNEY OF RECORD                    DATE

# EXHIBIT C



# Department of Justice

United States Attorney David E. Nahmias
Northern District of Georgia

FOR IMMEDIATE RELEASE                  CONTACT: Patrick Crosby
02/03/09                                          (404)581-6016
http://www.usdoj.gov/usao/gan/            FAX (404)581-6160

## OWNER OF HI-TECH PHARMACEUTICALS AND CO-CONSPIRATORS SENTENCED IN PRESCRIPTION DRUG IMPORTATION RING

### *Wheat Sentenced to Over Four Years in Federal Prison*

Atlanta, GA -- A federal judge has sentenced JARED ROBERT WHEAT, 37, of Alpharetta, Georgia, to over four years in federal prison and assessed a $3 million forfeiture for being the mastermind of a criminal scheme to manufacture and import adulterated and unauthorized pharmaceutical products, to include illegal knock-offs of Viagra, Ambien, Lipitor, Celebrex, Xanax, Vioxx, and Zoloft. WHEAT is the sole owner of HI-TECH PHARMACEUTICALS, a Norcross-based manufacturer and seller of herbal products that allegedly enhance sex drive, encourage weight loss, etc.

Judge Jack T. Camp sentenced WHEAT to 4 years, 2 months in federal prison, and also sentenced his conspirators: DAVID BRADY, 42, of Pinehurst, North Carolina (32 months in custody, and ordered to forfeit $1.7 million); STEPHEN SMITH, 40, of Duluth (27 months); SERGIO OLIVEIRA, 48, of Hoschton, Georgia, (27 months); and TOMASZ HOLDA, 45, of Duluth, Georgia (24 months). In addition, co-defendants STEVEN BLINDER, 44, of Aberdeen, South Dakota; DAVID JOHNSON, 39, of Pinehurst, North Carolina; BRAD WATKINS, 40, of Marietta, Georgia, and his brother DAVID WATKINS, 42, of Daphne, Alabama, all received non-custodial felony sentences. WHEAT's corporation, HI-TECH PHARMACEUTICALS, was placed on five years' probation by Judge Camp for its involvement in the criminal scheme.

United States Attorney David E. Nahmias said of the sentencings, "These defendants sought to profit from unsuspecting customers who had no idea they were buying pills manufactured in highly unsanitary conditions in a Belezian house, all without FDA approval or licensing from the rightful patent holders. We are extremely fortunate that no one was sickened or killed by these drugs, which are lawfully available only via prescription and from legitimate manufacturers."

Rodney G. Benson, Special Agent in Charge of the DEA Atlanta Field Division said of the sentencings, "Drug traffickers who use the internet to divert pharmaceutical products take advantage of the anonymity of the internet and deceive the American people in the safety and efficacy of pharmaceutical products. These individuals put the health and safety of the consumer at risk. Their actions were deplorable and their sentences are appropriate. This case would not have been possible without the unified efforts of our local, state and federal law enforcement colleagues."

According to United States Attorney Nahmias and the information presented in court: the defendants in this case, in furtherance of their conspiracy, established a manufacturing facility in a small office park in rural Belize. Inside what was essentially a four-room home, the defendants produced unauthorized generic versions of such popular prescription pharmaceuticals as Xanax, Valium, Ambien, Vioxx, Zoloft, Viagra, and Cialis. The manufacturing processes complied with none of the sanitary, hygienic, or quality-control regulations issued by the FDA, nor had the defendants obtained approval from the FDA or licenses from the patent-holders to make such drugs. Nonetheless, the defendants made the drugs and marketed them, primarily via the internet, to customers in the United States and elsewhere. The drugs were made available without prescription and also without disclosure of the unsanitary manufacturing conditions. The defendants realized millions of dollars of sales before the scheme was disrupted by Belizean authorities and ended by U.S. authorities.

This case was investigated by the Food and Drug Administration-Office of Criminal Investigations, and the Drug Enforcement Administration (DEA), with overseas assistance from Belizean law enforcement authorities. Investigative assistance was also provided by the United States Customs and Border Protection, Foreign Mail Facility, Miami, Florida.

Assistant United States Attorneys Randy Chartash, Douglas Gilfillan, and Robert McBurney prosecuted the case, with assistance from Michael Brown of the Asset Forfeiture Unit.

For further information please contact David E. Nahmias, United States Attorney, or Charysse L. Alexander, Executive Assistant United States Attorney, through Patrick Crosby, Public Affairs Officer, U.S. Attorney's Office, at (404) 581-6016. The Internet address for the HomePage for the U.S. Attorney's Office for the Northern District of Georgia is www.usdoj.gov/usao/gan.

2

# EXHIBIT D

Source URL: http://www.hollywoodreporter.com/news/talent-manager-gerald-harrington-dies-421367

# Talent Manager Gerald Harrington Jr. Dies

6:19 PM PST 2/15/2013 by Mike Barnes

## He worked at APA, Industry Entertainment and Brillstein-Grey and guided the careers of such stars as Nicolas Cage and Sylvester Stallone and the band Big Audio Dynamite.

**Gerry Harrington Jr.**, a talent manager who represented the likes of **Tom Waits**, **Nicolas Cage** and **Sylvester Stallone**, died Feb. 9 of a heart attack at his home in Los Angeles. He was 50.

Related Topics

•Obituaries ☒ [3]

Harrington most recently managed **Mick Jones**' band Big Audio Dynamite and helped launch their recent European tour.

A native of Bronxville, N.Y., Harrington graduated from Georgetown University in 1984 and began his show business career in the William Morris mailroom in New York. He came to Los Angeles and worked as a talent agent at APA, where he represented such clients as Waits, **Joe Strummer** and **Crispin Glover**.

He then joined Industry Entertainment as a personal manager, representing Cage, **Christopher Lambert** and others, before making his mark at Brillstein-Grey Entertainment. There, he also worked with Cage and helped guide the careers of **Stallone**, **Gary Sinise**, **Rod Lurie** and **Rosanna Arquette**.

Survivors include his daughters Veronica and Daphne, his mother Martha and his brother Brian.

A private memorial will be held for family and close friends. For more information please contact Danielle at (310) 300-9898. The family asks that donations in his memory be made to www.grammy.org/musicares/donate [4].

**Links:**
[1] http://www.hollywoodreporter.com/print/421367#disqus_thread
[2] http://www.hollywoodreporter.com/news/nicolas-cage-star-action-revenge-420877
[3] http://www.hollywoodreporter.com/topic/obituaries
[4] http://www.grammy.org/musicares/donate

# EXHIBIT E

Case 2:13-... ID # 150

# OBITUARY NOTICES

Place a paid Notice: latimes.com/placeobituary

Search obituary notice archives: legacy.com/obituaries/latimes

---

**ARMSTRONG, GRAHAM**

Passed away on March 1, 2013. A cardiac arrest and comeback drive from Navy, defense, Graham profoundly enjoyed his career in the radio/music industries, magazine business & worked for the County of LA Dept of Parks & Rec.

Memorial services to be held Sat. March 2, 2013 at 11:00 am at the First Congregational Church, 2001 Canada Blvd in Glendale, CA. The family, in lieu of flowers, requests donations be made in lieu of flowers to the Graham Armstrong memorial fund at any Wells Fargo Bank.

**BRICKER, Charles**

August 14, 1922 — March 6, 2013. Born in St. Paul, Minnesota, Charles (aka Romeo) was married to Rita, his wife for 64 years. He is survived by his children: Linda Dreyfuss, Maria Brucker, Michelle and Joe, William Stone, Barry and Sue Brucker, and 12 grandchildren; Shane Dreyfuss, Aaron and Lindsey Hurwitz, Tommy Millstone and Amy Gebmanz, Bradley Hurwitz, Jennie Millstone Bricker, Lauren and Linsey Brucker, Lauren and Jose Krueger, and Daniel and stone. Charles leaves behind a legacy of love for family, philanthropy, and community. His involvement in lieu of flowers, donations to Temple Beth Am, American Cancer Society, The Concern Foundation, and Hadassah are requested by the family.

**COLLINS, Diane**

May 27, 1930 — April 1, 2013. A beautiful soul left us after a brave battle with cancer. Her kind spirit and zest for life will live on. She was an inspiration to all who knew her. We will always love and remember you. God bless and keep you in our care.

**DeSure, Rose**

Known by her many enduring and entertaining stories of her life in STYLE, Rose passed away March 7th at 96. Born in Sioux City, Iowa in 1917, Rose was second to Beatrice and Albert, and moved to L.A. and married Edward. (1906-1958) Survived by daughters: Natalie (Robert) Arwin, and Mona (Don) Shea; grandchildren Karl (Sean) Don (Lynn), Jeff (Cathi), Kathi Johanne and Erica six grandchildren and loving grandchildren and loving care taker Verna.

Active in politics and charities at 85 and Ed served in the Peace Corps in Botswana. Following wife mother and friend to all.

Services Monday 2pm, Pierce Brothers Valley Oaks - 818-889-0902.



**EDWARDS, Richard O.**

February 5, 1936 - March 4, 2013. Owner of Edwards Floor Company, and long-time Glendale businessman, Richard O. Edwards passed away on March 4th, 2013 in Santa Barbara, California. Richard is survived by his wife of 55 years, Christa, and their children, grandchildren and great grandchild.



---

**FLYNN, William Joseph**

December 10, 1914 - March 4, 2013

Passed away peacefully on March 4 at the age of 98. He was predeceased by his wife, Gertrude Flynn; his parents John and Catherine Flynn, his brother Joseph Flynn and his sisters Anna Flynn and Mary Mann. He is survived by his children Marianne Cleworth, Rosemary Coyne and her husband John, Marie Petersen and William Flynn and his wife Sandra. Also survived by seven grandchildren, twelve great-grandchildren and many beloved nieces and nephews. He was born in Youngstown, Ohio, graduated from Ohio State University and had a long career as a pharmacist in both Ohio and California. After moving from Ohio to California in 1967, he was a longtime resident of Chatsworth and then moved to Arcadia in 2004. He was the family patriarch and a loving role model to many. Funeral Mass will be said at Holy Angels Church in Arcadia on Wednesday, March 13 at 10am with burial to follow at San Fernando Mission Cemetery in Mission Hills, CA. The family wishes to thank the staff of Vista Cove at Arcadia and Vitas Hospice for the loving care they provided.



**FLYNN, Michael Peter**

17 July 1924 - 25 Feb. 2013

Michael Flynn was born in Ireland growing up in Delia, Carraroe, Galway as the eldest of 11 seven siblings. At the age of eight, after reading letters from cousins, sent as nuns to a distant heathen land, called "Los Angeles," they set himself the goal to somehow work his way to this wondrous place of sunshine. He earned his medical degree at University College, Galway (now the National University of Ireland, Galway).

Within months he was aboard a steamship on his way to New York and a surgical residency to become an ear, nose and throat specialist (otolaryngologist). After training at the New York Eye and Ear Infirmary he moved to Los Angeles to set up practice.

He met his future wife, Heidi Mullanger, on a blind date they were both dressed nice. Soon it was discovered that they had lived across the street from each other while in New York, but had never met. Not much later they were a couple and upon living in New York as Michael took up residency for further training in plastic surgery at Cornell.

Once done it was back to Los Angeles and Beverly Hills. And not long after that son Peter and daughter Kate came along.

From the 1950s to the mid-1960s Michael practiced as a highly regarded ENT specialist and plastic surgeon in Beverly Hills.

Upon his retirement Michael and Heidi settled down in North San...

---

**HAMMOND, Paul Theodore**

May 2, 1947 - March 6, 2013

Paul Theodore Hammond, 65 years old of San Marino, California passed away with his family surrounding him on the morning of March 6, 2013. Ted Hammond was born on May 2, 1947 in Pasadena. He grew up in San Marino, California and attended Carver Elementary, Huntington Junior High and San Marino High School. He attended DePauw University and graduated from Duke Law with his BS from USC. He went on to receive his Juris Doctorate Degree from USC Law Center.

Ted Hammond's life was truly lived to the very fullest. He had a zest for life that was fulfilled in his love for family, friends, and the practice of law. Teddy's first love was his strongest and longest lasting. He fell in love at 15 with his wife and best friend Karen Marciulonis. After receiving his law degree from USC, he focused his passion for law in the field of medical malpractice both as a trial attorney and most recently as an arbiter. He loved his work and taught us all to love and have passion in everything we do.

His ultimate love was his family and friends. He is survived by his sister, Sharon Boillinghouse, three children, Bob Hammond (Nicole Bieggar), Courtney Negrewski (Eric Negrewski) and James Hammond (Sarah Harritt) and grandchildren Lauren, Colby, Alexa Nick, and Ryan. He taught us to live, love and laugh. Ted never held back his infectious smile making everyone in the room, on the beach, or on the golf course feel all of his love. Teddy always said, "Memories are made." They are made on great trips, around the fire pit, or the boat, or simply when great friends surround you.

How fortunate we all are to have known and loved such a special man who, in too short a life, lived more fully, loved more deeply and laughed more often than anyone we have ever known. We are so much richer for having Teddy in our lives. He will continue to be a model for us all, and we will make him proud of the lessons we learned from him.

We will dance in the rain and dance wherever and whenever knowing in our hearts thats what Teddy would want us all to do.

Ted enjoyed his involvement in the community and was a member of Annandale Country Club, Fourth of July Yacht Club, Pasadena Breakfast Forum, Huntington H.E.A.R.T, The Twilight Club and many others. He loved giving back to society and participating actively in each of these organizations.

In lieu of flowers please give the gift of life in memory of Ted Hammond to USC Cardio Vascular Thoracic Institute: 1975, Zonal Ave. KAM 300, Los Angeles, CA 90089. Phone: (323) 442-...

---

**HARDY, Patricia Rutherford**

Passed away in Sierra Madre on March 6, 2013 at the age of 84. Pat was born in Los Angeles to Martha Magdalene Barrett and Robert Leslie Oliver Rutherford on May 16, 1928. She met her husband, Russell (Don) Hardy, to whom she was married for 49 years, while studying at the University of Southern California, where Pal proudly belonged to the Pi Beta Phi Sorority. Pat and Don raised their eleven children in Sierra Madre, and were long-time parishioners of Saint Rita. After her youngest child started school, Pat worked as a librarian for the USC Medical Center and the Burbank Unified School District. Don took early retirement so he could paint and he and Pat could travel. They spent ten happy years, traveling together throughout Europe and North America, often including visits to their widespread family.

In addition to Don, whom she missed terribly, Pat was predeceased by her parents and brother, Lawrence Gilbert Dook, and two sons, Robert (Jas) and Joseph (Pat). She is survived by her children Michael, Mary (Michael Corbett), Paul (Cheryl), Stephen, Eileen (Pedro Emile), Anne (Mark McCormack), Patricia (John Walters), Thomas (Anja), and William (Debbie), 19 grandchildren, and 12 great-grandchildren.

A Funeral Mass will be held at St. Rita Church in Sierra Madre Monday, March 11th at 11 AM.

The family wishes to extend their gratitude to Vitas Hospice Care, members of St. Rita Parish, and especially to our generous friends who came forward during this difficult time.

Cabot & Sons, Pasadena

**MORRIS, JOSEPH BUD**

Mount Sinai Memorial Park and Mortuaries - Hollywood Hills 800-600-0076

**NAGASUGI, Fumiko**

(89) passed away on February 1, 2013 in Seal Beach, CA. She is survived by her children, Clinton (Jill) and Craig Nagasugi; grandchildren, Anna Holly, Lauren and Christian Nagasugi; sisters, Betty Nakawatase, Kazue Matsui of Japan and May Nishimoto; in-laws, Tosino Murakami of Carson City, NV, Mary (Fred) Kosai of Lincoln, CA, Takashi, John (Lily), Kiyoshi (Donna) and Eiji (Barbara) Nakamura; also survived by many nieces, nephews and other relatives.

A funeral service will be held on Friday, March 15, 2013 at 11:00AM at L.A. Hompa Hongwanji Buddhist Temple, 815 E. First St., L.A.

(213) 749-1449 www.kubotanikkeimortuary.com

**NOCCIOLO, Albert Carl**

September 23, 1926 - March 2, 2013

Al passed away peacefully on March 2, 2013, in Santa Barbara, CA, surrounded by his loving family; he was 86. The cause of death was kidney failure.

Al earned a B.A. from the University of Nevada, and a M.A. from Columbia University. He was a WWII veteran, serving as a paratrooper in the 82nd Airborne...

---

**QUINTZ, Bruce Mark**

Dec. 6, 1953 - Feb. 24, 2013

Bruce Mark Quintz, of Beverly Hills, CA passed away on February 24, 2013 at Cedars Sinai Hospital in Los Angeles, California. Bruce was born in New York City in 1953. Bruce had a great appreciation for education. Bruce attended Brooklyn City College in New York where he received his undergraduate degree and a master's degree in taxation. His passion for learning then brought him to California where he graduated from the Marshall School of Business at USC. Thereafter, Bruce earned a JD from Loyola Law School. Thereafter, he became a successful career as an attorney, tax professional and businessman. During his career Bruce served on the Banking Committee at Arthur Anderson, worked in the tax department at Grobstein Horwath, and operated his own law firm, specializing in business law, real estate and taxation.

However much more than just a tax "nerd" and/or legal "scholar" Bruce was known for his love of sports, (such as horse racing and backgammon - which Bruce joked was a "sport") quit wit, wide smile, and his unselfish interest in helping others. Bruce had an innate ability to solve complex problems; ironically, many of these "solutions" came during or after a pizza in Beverly Hills. Bruce's favorite food and seemingly source of "inspiration."

For the last 7 years Bruce served as the Chief Financial Officer of Superbalife International, LLC, a natural products company. As CFO, Bruce was instrumental in expanding the company's domestic distribution channels and oversaw the product line's implementation into WalMart, CVS, Rite Aide, and GNC. In addition, Bruce was instrumental in orchestrating Superbalife's recent expansion into foreign markets.

Bruce is survived by his sister Elinor Greenfield of Arizona, as well as scores of friends, from both Superbalife and his social circles. He will be greatly missed by all who know him.

A private memorial service, limited to his family and closest friends was held on Sunday, March 3, 2013 at Mount Sinai Memorial Parks and Mortuaries, 5950 Forest Lawn Drive, Los Angeles 90068.

Please share condolences at www.mountsinaiparks.com

**SOYESHIMA, Kimiko**

June 15, 1917 - March 4, 2013

She is survived by her daughters, Sadako (Hugo) Sase, Emi (Richard) Hayber, Sumiko (Bob) Oskarzewski and Yas Pasley; ten grandchildren; 14 great-grandchildren.

Private family funeral service was held on Thursday, March 7 at Fukui Mortuary "Chapel in The Garden" with Rinban Noriaki Ito from Higashi Hongwanji Buddhist Temple officiating.

www.fukuimortuary.com
(213) 626-0441





DOLL AMIR & ELEY LLP

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **1888 Century Park East, Suite 1850, Los Angeles, California 90067.**

On March 13, 2013, I served the foregoing documents described as

**(1) CIVIL CASE COVER SHEET;**

**(2) PETITION OF SUPERBALIFE INTERNATIONAL, LLC TO QUASH SUBPOENA FOR PRODUCTION OF DOCUMENTS. OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER;**

**(3) [PROPOSED] ORDER GRANTING PETITION OF SUPERBALIFE INTERNATIONAL, LLC TO QUASH SUBPOENA FOR PRODUCTION OF DOCUMENTS, OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER;**

**(4) *EX PARTE* APPLICATION FOR STAY OF PRODUCTION UNDER SUBPOENA PENDING RULING ON PETITION TO QUASH OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER;**

**(5) [PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR STAY OF PRODUCTION UNDER SUBPOENA PENDING RULING ON PETITION TO QUASH OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER;**

**(6) DEFENDANT SUPERBALIFE INTERNATIONAL, LLC'S NOTICE OF INTERESTED PARTIES**

on the interested parties in this action by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1888 Century Park East, Suite 1850, Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

1   ☐   **BY OVERNIGHT DELIVERY:** I caused such documents to be delivered
        overnight via an overnight delivery service in lieu of delivery by mail to the
2       addressees.  The envelope or package was deposited with delivery fees thereon
        fully prepaid.
3

4   ☒   **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) via
        electronic mail, and no error was reported. Said email was directed as indicated
5       on the service list.

6   ☐   **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand
        to the above addressee(s).

7   ☐   **BY CM/ECF:**  I electronically transmitted a true copy of said document(s) to
        the Clerk's Office using the CM/ECF System for filing and transmittal of a
8       Notice of Electronic Filing to the aforementioned CM/ECF registrants.

9        I declare that I am employed in the office of a member of the Bar of this Court,
10   at whose direction the service was made.  I declare under penalty of perjury under the
     laws of the State of California that the foregoing is true and correct.

11   Executed on March 13, 2013, at Los Angeles, California.

12

13                                                    _____
                                                      Erica Amin
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOLL AMIR & ELEY LLP

PROOF OF SERVICE

1

**SERVICE LIST**

2

3   Posner Law Corporation
Attn: Ashley Posner
4   15303 Ventura Blvd., Suite 900
Sherman Oaks, CA 91403
5   ashleyposner@gmail.com

6

7

8   Office of Arthur W. Leach
Attn: Arthur W. Leach & Elizabeth O'Brien Burke
9   5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005
10  art@arthurwleach.com
eobrienburke@gmail.com
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOLL AMIR & ELEY LLP