Jonathan M. Jenkins (State Bar No. 193011)
jjenkins@jmjenkinslaw.com
Emma D. Enriquez (State Bar No. 225059)
eenriquez@jmjenkinslaw.com
Regina Y. Yeh (State Bar No. 266019)
ryeh@jmjenkinslaw.com
JENKINS LLP
8075 W. Third St., Ste. 407
Los Angeles, California 90048
Telephone: (310) 984-6800
Fax: (310) 984-6840

Attorneys for Defendants
SUPERBALIFE INTERNATIONAL, LLC, FRED BUCKLEY, and CORINNE BUCKLEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HI-TECH PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SUPERBALIFE INTERNATIONAL, LLC, a Delaware limited liability company; FRED BUCKLEY, an individual; CORINNE A. BUCKLEY, an individual,<br><br>Defendants. | Case CV13-01816-DDP (JCGx)<br><br>*[Magistrate Judge Jay C. Ghandi]*<br><br><u>DISCOVERY MATTER</u><br><br>**NOTICE OF NON-RESOLUTION RE: MOTION TO QUASH SUBPOENA** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Defendants Superbalife International LLC, Fred Buckley, and Corinne Buckley (collectively, "Superbalife") wish to inform the Court that the parties' meet and confer efforts to narrow the scope of the bank records subpoena to Pacific Mercantile Bank have not succeeded.

On March 27, 2013, as ordered by the Court (*see* Dkt. No. 8), counsel for the parties met and conferred telephonically and in person in an effort to resolve this dispute. Subsequently, the parties jointly requested additional time to meet and confer, though today, April 1, 2013, which the Court granted.

Counsel for Superbalife attempted further meet and confer efforts via e-mail with counsel for plaintiff Hi-Tech Pharmaceuticals, Inc. ("Hi-Tech"). On April 1, 2013, plaintiff's counsel finally responded; however, the parties were still unable to informally resolve their dispute regarding the subpoena's propriety and scope (*see* Exhibit A [e-mail exchange]).

Accordingly, Suberbalife respectfully requests that the Court let stand its order quashing the subpoena, and instead require Hi-Tech to serve a more narrowly tailored subpoena. Alternatively, the Court should set the matter for further briefing and a hearing.

Respectfully submitted,

Dated: April 1, 2013            JENKINS LLP


/s/ Jonathan M. Jenkins
Jonathan M. Jenkins, Esq.
Counsel for Defendants Superbalife International, LLC, Fred Buckley, And Corinne Buckley

1
NOTICE OF NON-RESOLUTION RE: MOTION TO QUASH SUBPOENA