JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HI-TECH PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUPERBALIFE INTERNATIONAL, LLC, a Delaware limited liability company; et al. <br><br> Defendants. | Case No. CV 13-01816 DDP (JCGx) <br><br> **ORDER OF DISMISSAL** |

THE COURT having been notified by the moving party to withdraw the PETITION TO QUASH SUBPOENA.  The subpoena is hereby VACATED.

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice.

THE REQUEST TO SUBSTITUTE ATTORNEY (DOCKET NUMBERS 10, 11, and 12) and the APPLICATION TO APPEAR PRO HAC VICE (DOCKET NUMBER 13) are VACATED.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: April 2, 2013

DEAN D. PREGERSON
United States District Judge